IN THE UNITED STATES BANKRUPTCY COURT
Northern District of Iowa

| | |
|---|---|
| **In the Matter of**: : | |
| : | Case No. 20-00107 |
| Kirk C. Bear : | |
| Jennifer R. Bear : | Chapter 13 |
| : | |
| *Debtors.* : | |

**POST-CONFIRMATION SECOND MODIFIED PLAN**

COME NOW the Debtors herein, by and through counsel, and modifies the Plan filed on the May 18, 2020, and confirmed by order of this Court on June 24, 2020, as follows:

1.  Debtors experienced a material financial hardship due directly and indirectly to the coronavirus disease 2019 (COVID-19) pandemic. Debtors seek to defer the plan payments of January, February, and March 2021, and seek to resume plan payments April 2021, and to continue plan payments through the 63rd month of the plan, thereby extending the plan for an additional three months beyond the original 60-month plan, rendering this a sixty-three (63) month plan pursuant to the provisions of 11 U.S.C. § 1329(d)(1).

2.  Paragraph 2 of the Plan shall be amended to state: "Payments to the Trustee: The future earnings or other future income of the debtor is submitted to the supervision and control of the Trustee. The debtor (or the debtor's employer), shall pay to the Trustee the sum of $840.72 per month for forty-three (43) months (with a three-month interruption in plan payments pursuant to paragraph 1 of the Debtors' Second Modified Plan) and increase monthly plan payments to $1,111.67 per month for the final twenty (20) months of the plan (which is extended to a 63 month plan pursuant to paragraph 1 of the Debtors' Second Modified Plan)."

3.  A post-petition mortgage arrearage with Home Point Financial Corporation has accrued since filing of the original plan. The debtor proposes to cure this arrearage from payments made to the trustee, and paid to Home Point by the Chapter 13 Trustee on a periodic basis during the plan as an arrearage claim, consistent with payments that are being made by the Chapter 13 Trustee on pre-petition arrearages on this mortgage. The mortgage company shall file an amended claim asserting the post petition arrearage due, giving all parties an opportunity to object. If no claim is filed by the creditor,

debtor may file a claim on behalf creditor for the amount debtor believes is due and owing based on debtor's financial records and payment history.

The provisions and the terms of the original plan, to the extent that they are not inconsistent with the provisions herein, shall remain in full force and effect.

Respectfully submitted,

*/s/ Kevin D. Ahrenholz*
Kevin D. Ahrenholz    AT0000438
For BEECHER, FIELD, WALKER,
MORRIS, HOFFMAN & JOHNSON, P.C.
620 Lafayette Street, Suite 300
Waterloo, IA 50704
PHONE: 319-234-1766
FACSIMILE: 319-234-1225
ATTORNEY FOR DEBTORS