**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In Re: | ) In proceedings under Chapter 13 |
| | ) Honorable Thad J. Collins |
| Kirk C. Bear, | ) |
| Jennifer R. Bear, | ) Case No. 20-00107 |
| Debtors. | ) |

**AGREED ORDER IN SETTLEMENT OF MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW Home Point Financial Corporation ("Secured Creditor") and Debtors, through their attorneys, in settlement of the Motion for Relief from the Automatic Stay filed by Secured Creditor, agree as follows:

1. Secured Creditor holds a mortgage on Debtors' residence, 526 Wilshire Ave., Waterloo IA 50701.

2. Secured Creditor filed a Motion for Relief from the Automatic Stay of 11 U.S.C. § 362 due to Debtors' failure to pay post-petition payments regarding said property.

3. The parties agree that the post-petition delinquency is $8,521.25, consisting of seven (7) post-petition payments due November 1, 2020 through and including May 1, 2021 in the amount of $1,073.55 each, bankruptcy fees/costs totaling $1,038.00, less a suspense balance of ($31.60)).

4. In settlement of the Motion for Relief, Secured Creditor shall file a Supplemental Claim in the amount of $8,521.25 to be paid through an Amended Chapter 13 Plan and Debtors agree to file an Amended Plan providing for said Supplemental Claim within thirty (30) days from the date of this Order.

5. Debtors shall resume and maintain the regular monthly payments beginning June 1, 2021 and must continue to make timely post-petition mortgage payments directly to the Secured Creditor continuing monthly thereafter for the pendency of the bankruptcy.

6. If Secured Creditor fails to receive timely post-petition mortgage payments or fails to maintain timely Plan payments and if the Debtors fail to bring said payments current within fourteen (14) calendar days after a notification is mailed to the Debtors and e-mailed to their attorney, the stay shall be automatically terminated as to Secured Creditor, its principals, agents, successor and/or assigns as to the property securing its interest, upon filing of notice of same with the Clerk of the Court.

7. Secured Creditor's post-petition bankruptcy fees and costs of $1,038.00 are allowed and may be added to the indebtedness secured by the subject mortgage. These fees and costs have been including in the repayment schedule described herein.

8. Upon dismissal, discharge, chapter conversion or relief from stay, the foregoing terms and conditions shall cease to be binding. Payments will be due pursuant to the terms of the original agreement, and Secured Creditor may proceed to enforce it remedies under applicable non-bankruptcy law against the real property and/or against Debtors.

IT IS THEREFORE ORDERED THAT the Motion for Relief from the Automatic Stay is denied as settled, that the automatic stays shall remain in effect as to the property described above, that Debtors shall provide Secured Creditor with adequate protection according to the foregoing terms. In the event that Debtors fail to provide Secured Creditor with adequate protection on such terms, the automatic stay of 11 U.S.C. § 362 shall terminate as described above.

Date and Entered

June 1, 2021

_____
United States Bankruptcy Judge

/s/ Kevin D. Ahrenholz
Kevin D. Ahrenholz
Attorney at Law
620 LaFayette Street,
PO Box 178
Waterloo IA 50704-0178
(319)234-1766
Attorney for Debtors

/s/ Kathryn A. Klein
Kathryn A. Klein IS9999306
Riezman Berger, P.C.
7700 Bonhomme Ave., 7th Floor
St. Louis, Missouri 63105
(314) 727-0101
kak@riezmanberger.com
Attorney for Secured Creditor